IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIAN KEITH CARVER )
 )
v. ) NO. 3-10-0748
 ) JUDGE CAMPBELL
TROUSDALE COUNTY JAIL, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 32) and an Objection filed by the Plaintiff (Docket No.34).

Plaintiff's Objection (Docket No. 34) is actually a motion to amend his Complaint and a motion for appointment of counsel and, as such, is referred to the Magistrate Judge for decision.

The Court has reviewed the Report and Recommendation, the Objections, and the file. For the reasons explained by the Magistrate Judge, the Report and Recommendation is adopted and approved. Accordingly, Plaintiff's claims against the Trousdale County Jail are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE