IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIAN KEITH CARVER )
)
v. ) NO. 3:10-0748
)
TROUSDALE COUNTY JAIL, et al. )

**O R D E R**

The motion of Trousdale County to ascertain the status of the action (Docket Entry No. 73) is GRANTED. The motion of summary judgment filed by Defendant Trousdale County (Docket Entry No. 57), as well as the motion for summary judgment (Docket Entry No. 45) filed by Defendants Southern Health Partners, Inc., and Jack Carey, remain pending before the Court and will be ruled on as expeditiously as possible.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge