IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIAN KEITH CARVER )
)
v. ) NO. 3-10-0748
) JUDGE CAMPBELL
TROUSDALE COUNTY JAIL, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 76), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file.

The Report and Recommendation of the Magistrate Judge (Docket No. 76) is adopted and approved. Accordingly, Defendants' Motions for Summary Judgment (Docket Nos. 45 and 57) are GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. An appeal of this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3), and the Plaintiff is not certified to pursue an appeal *in forma pauperis*. *Id*.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE